**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03442-REB-CBS

MADELENE SABOL,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Foreign Corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice** [#18][1] filed September 21, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set February 5, 2016, is vacated;

4. That the jury trial set to commence February 22, 2016, is vacated; and

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated September 22, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge